**ROBERT H. HENSSLER, JR.**
California Bar No. 216165
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Robert_Henssler@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**ALFREDO M. CHAVEZ, JR.**  )<br>  )<br>  )<br>    Defendant.  )<br>_____ ) | Case No. 08MJ8245<br><br><br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert R Henslser, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

                                                                Respectfully submitted,

Dated: March 24, 2008            /s/  *Robert R. Henssler, Jr.*
                                                **ROBERT R. HENSSLER, JR.**
                                                Federal Defenders of San Diego, Inc.
                                                Robert_Henssler@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: March 24, 2008                    */s/ Robert R. Henssler, Jr.*
                                         **ROBERT R. HENSSLER, JR.**
                                         Federal Defenders of San Diego, Inc.
                                         Robert_Henssler@fd.org